IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TODD,

      Plaintiff,                      No. 2:12-cv-2429 AC P

    vs.

ZAMORA, et al.,                    ORDER

      Defendants.           FINDINGS & RECOMMENDATIONS

_____/

        By order filed November 15, 2012, plaintiff's complaint was dismissed and twenty-eight days leave to file an amended complaint was granted. Twenty-eight days from that date have now passed, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that a district judge be assigned to this case; and

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-

1

1  one days after being served with these findings and recommendations, plaintiff may file written
2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).
6  DATED: January 8, 2013.

                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE

/mb;todd2429.fta